COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| HJSA NO. 3, LIMITED PARTNERSHIP, | § | |
| | | No. 08-18-00113-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 143rd District Court |
| SUNDOWN ENERGY LP, SMC 2000 LP, | § | |
| PGP HOLDINGS 1, LLC, SMITH | | of Ward County, Texas |
| ALLEN OIL & GAS, LLP, | § | |
| TRANSMOUNTAIN EXPLORATION | | (TC# 16-05-23886-CVW) |
| LLC, FORTUNE NATURAL | § | |
| RESOURCES CORPORATION, TEXAS | | |
| HEAT OF THE PERMIAN BASIN, INC., | § | |
| WHITING OIL AND GAS | | |
| CORPORATION, EAGLE ROCK | § | |
| ACQUISITION PARTNERSHIP II, LP, | | |
| ODYSSEY ROYALTIES, LLC, | § | |
| HORIZON ROYALTIES LLC, | | |
| PINECONE RESOURCES LLC, | § | |
| BRENDA DORMAN FAUGHT, and | | |
| LENA RENEE BRIGMAN, | § | |
| | | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment granting partial summary judgment for Appellees and denying Appellant's cross motion for partial summary judgment. We therefore reverse that part of the judgment, render judgment stating that under the unambiguous terms of lease, Sundown was required to engage in a continuous development program to maintain the lease under Paragraph 7(b), and

that program required the spudding in of a continuous development well within 120 days of completion or abandonment of a prior well; and remand to the trial court for further proceedings in accordance with this Court's opinion.

We conclude there was no error in that part of the judgment regarding the exclusion of extrinsic evidence. We therefore affirm that part of the judgment. We further order that Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, and Appellees each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Palafox, J. (Dissenting)